

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WINTER, RALPH K. | Second Circuit Court of Appeals | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Senior) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 141 Church Street<br>New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor (adjunct) of Law | Yale University |
| 2. | Trustee | Brooklyn Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Yale Law School - Part-time teaching | $53,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Joan Wexler, Dean, Brooklyn Law School | 2/20/2010; 3/1/10 | Brooklyn, NY | Federal Bar Council Trip | Lodging |
| 2. | Joan Wexler, Dean Brooklyn Law School | 2/21/2010; 2/28/2010 | JFK to Hawaii (round trip) | Federal Bar Council Winter Bench and Bar Conference | Transportation |
| 3. | Federal Bar Council | 2/21/2010-2/28/2010 | Kona, Hawaii | Panel Moderator | Lodging; meals |
| 4. | Brooklyn Law School | 3/10/2010-3/11/11 | Brooklyn, NY | Board of Trustees Meeting | Transportation; lodging; meals |
| 5. | Brooklyn Law School | 4/18/2010-4/20/2010 | Brooklyn, NY | Board of Trustees Meeting | Transportation; lodging; meals |
| 6. | Brooklyn Law School | 5/6/2010-5/7/2010 | Brooklyn, NY | Board of Trustees Meeting | Transportation; lodging; meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **WINTER, RALPH K.** | 05/11/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Brooklyn Law School | 6/2/2010-6/4/2010 | Brooklyn, NY | Board of Trustees Meeting | Transportation; lodging; meals |
| 8. | Brooklyn Law School | 10/5/2010-10/6/2010 | Brooklyn, NY | Board of Trustees Meeting | Transportation; lodging; meals |
| 9. | Brooklyn Law School | 10/12/2010-10/13/2010 | Brooklyn, NY | Dean Search Committee Meeting | Transportation; lodging; meals |
| 10. | Brooklyn Law School | 12/8/2010 | Brooklyn, NY | Board of Trustees Meeting | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Brooklyn Law School | Use of 2 vacant visiting professors apartments (7/2010); cost to BLS minimal | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Valu Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-Pension | E | Interest | O | T | | | | | |
| 2. Nuveen Mun. Value Fund | A | Interest | K | T | | | | | |
| 3. Nuveen Prem. Inc. Mun. Fd. 4 | B | Interest | K | T | | | | | |
| 4. Nuveen Div. Adv. Mun. Fund | B | Interest | K | T | | | | | |
| 5. LEGG MASON Intermed-Term Mun. Fund. CLS | C | Interest | L | T | | | | | |
| 6. Black Rock. Mun. Inc. TR | B | Interest | K | T | | | | | |
| 7. Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | Buy | 12/31/10 | J | | |
| 8. Western Asset Money Market Fund Class A | A | Interest | J | T | Buy | 12/31/10 | J | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*SECTION VII, Lines 7 and 9:  This is where the interest from 2-6 was invested.

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **RALPH K. WINTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544